IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| ANTWAUN EVANS | : | No. 12-616-9 |
| | : | |

**ORDER**

**AND NOW**, this 20th day of January, 2016, upon consideration of David Jay Glassman's Motion for Disqualification of Hon. Gene E.K. Pratter Concerning the Defendant's Pending Motion to Unseal Transcripts and Any Other Related Matters (Doc. No. 631), the Defendant's Response in Opposition to the Motion (Doc. No. 638), the Government's Response in Opposition to the Motion (Doc. No. 650) and Mr. Glassman's Supplement to his Motion (Doc. No. 652), the Court hereby **ORDERS** that Mr. Glassman's Motion is **DENIED**.

BY THE COURT:


 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE