IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 12-616-09 |
| ANTWAUN EVANS | : | |
| | : | |

**ORDER**

**AND NOW**, this 29th day of October, 2020, upon consideration of Mr. Evans's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 737), the Government's Response in Opposition (Doc. No. 743), and Mr. Evans's *pro se* Motion for the Appointment of Counsel (Doc. No. 745), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Evans's motion to vacate, set aside, or correct his sentence under § 2255 is **DENIED**;

2. No probable cause exists to issue a certificate of appealability; and

3. Mr. Evans's motion for appointment of counsel is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1